## SESSIONS ET AL. VS. PEAY, REC'R.

Mr. Justice SCOTT delivered the opinion of the Court.

This case is like that of *Daniel H. Sessions vs. Gordon N. Peay, Rec'r, etc.*, in all matters material to the questions raised. The judgment will be affirmed, with four per cent. damages.